IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:19-CR-3116 |
| vs. | ORDER |
| DRAKE L. BANKS, SR., | |
| Defendant. | |

This matter is before the Court on the defendant's motion to extend the time for filing a direct appeal (filing 171). *See* Fed. R. App. P. 4(b)(4). For excusable neglect shown, *see Gibbons v. United States*, 317 F.3d 852, 854-55 (8th Cir. 2003), the Court will grant the defendant's motion.

The judgment in this case (filing 167) was filed on June 25, 2021, so the initial deadline for filing a notice of appeal was July 9. *See* Rule 4(b)(1)(A); *see also* Rule 4(b)(6). Rule 4(b)(4) permits a 30-day extension from that deadline, which would be August 9. *See id.*; Fed. R. App. P. 26(a)(1)(C). The Court will extend the appeal deadline in this case until August 9.

IT IS ORDERED:

1. The defendant's motion to extend the time for filing a direct appeal (filing 171) is granted.

2. The defendant may file a notice of appeal on or before August 9, 2021.

Dated this 23rd day of July, 2021.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge